UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Titus McBride, Spc.__

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

__The City of New York:__
__Detective: Albert Velez__
__Detective: David Mischa__
__Jill Konviser__
__Charles Kee__
__Michael J. Obus__

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**16 CV 6988**

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:   ☐ Yes    ☐ No
(check one)

Title: 18 USCA, 28 USCA
26 C.F.R, 501 (c)

Basis for Jurisdiction
Federal Question: 28 U.S.C§1332
Federal Constitution: Lack of Subject Matter Jurisdiction, Due Process of Law, 10th Amendment, Article-1, Section 8, Clause 17.
Statutory: Uniform Commercial Code.
Treaty Right: Treaty of Peace of 1783
Trading With the Enemy Act.

I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name __Titus McBride__
             ID # __349-1405784__
             Current Institution __R.N.D.C.__
             Address __11-11 Hazen Street__
             __East Elmhurst, New York, 11370__

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name __Albert Velez__    Shield # __04287__
                   Where Currently Employed __Mid-town South precent__
                   Address __51 Street 8th Avenue__
                   __New York, New York__

Defendant No. 2  Name **David Mischa**  Shield # **417**
Where Currently Employed **Mid-town South**
Address **51 Street 8th Avenue**
**New York, New York**

Defendant No. 3  Name **Jill Konviser**  Shield # _____
Where Currently Employed **100 Centre Street**
Address **New York, New York 10007**

Defendant No. 4  Name **Charles Kee**  Shield # _____
Where Currently Employed **One Hogan Place**
Address **New York, New York, 10013**

Defendant No. 5  Name **Michael J. Obus**  Shield # _____
Where Currently Employed **100 Centre Street**
Address **New York, New York, 10007**

II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?

**N/A**

B. Where in the institution did the events giving rise to your claim(s) occur?

**N/A**

C. What date and approximate time did the events giving rise to your claim(s) occur?

**4:45 A.M.**

D. Facts:

*What happened to you?*

Lack of Subject Matter Jurisdiction: The City of New York law enforcement agency had Violated my alienable/unalienable rights of a Sovereign by without Just cause, Crossing the threshold of his home and federal zone without a warrant, and made an Arrest, - Unlawful Arrest, Illegal Arrest, Restraint, Distraint, or Trespassing/Trespass: Without a lawful Correct and Complete

*Who did what?*

4th amendment warrant $2,000,000.00 (Two Million) US Dollars as per Title 18 U.S.C.A., § 241 and § 242 per Officer, Official, Agent or Representative involved. ON: April 21, 2014 at 4:45 A.M. law enforcement had made an arrest on Unconfirmed DNA that

*Was anyone else involved?*

they Knew was not a Match 16 Months later a force Order was Made on June 10, 2015 discovery was return on August 17, 2015 that excluded me from all test and Sample, it is now 29 Months and I am Still being illegally detained and Cannot be brought to trial because the Statute, was Violated penal Law 210.45 filing a false Complaint Which is a non-waveable Jurisdictional

*Who else saw what happened?*

Issue, C.P.L § 100.05, 100.15, 100.40 and it's Constitutional See: Attach Copy's of exhibit

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Treason against the United States Constitution Slavery and the unalienable Right To Life Liberty and the pursit of Happyness

That, All of the undersigned: Titus McBride, documents was Accepted for value and Registered as law that being under financing statement Number: 2012-249-0689 / EIN #47-7258920 In the State of Washington D.C. and New York Secretary of State was also put on Notice

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___ No ✓

*Rev. 05/2010*

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____ None _____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓ No ____ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ✓ Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ✓ N/A

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? N/A

1. Which claim(s) in this complaint did you grieve? None

2. What was the result, if any? None

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____ N/A _____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

_____ N/A _____

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any:_____

_____ N/A _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____ N/A _____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I AM Requesting under the United States Constitution 10th Amendment Article 1 Section 8, Clause 17 for The United States District Court, Southern District of New York, to take over Jurisdiction because the State lack Jurisdiction over Titus McBride Spc./Sovereign.

Except for Value the Case/Charges and exempt from levy and discharge the Case using my EIN #47-2258920

and to move forward with tort Claim against the Respondent's for Unlawful arrest, Illegal arrest, Restraint, Distraint, and Trespassing trespass Violation of Right to Speedy trial, Conspiracy Aid and Abet, Racketeering and abuse of Authority; as per Title 18 USCA 241, 242 $2,000,000.00 US Dollars per occurrence, per official, agent or Representative involved.

VI. Previous lawsuits:

<div style="border:1px solid">On these claims</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓ No ____

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff  Titus McBride

Defendants  N.Y.C, Albert Velez, David Mischa,

2. Court (if federal court, name the district; if state court, name the county)  United States District Court Southern District court of New York

3. Docket or Index number  15 Civ 3203

4. Name of Judge assigned to your case  Colleen McMahon

5. Approximate date of filing lawsuit

6. Is the case still pending? Yes ✓ No ___

   If NO, give the approximate date of disposition

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?)

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

   Yes ___  No ___

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff

Defendants

2. Court (if federal court, name the district; if state court, name the county)

3. Docket or Index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending? Yes ___ No ___

   If NO, give the approximate date of disposition

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?)

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **1st** day of **September**, 20**16**.

Signature of Plaintiff: *Titus McBride*
Inmate Number: 349-140-5784
Institution Address: B.N.D.C.
11-11 Hazen Street
East Elmhurst, N.Y 10370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this **1st** day of **September**, 20**16**, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *Titus McBride*

New York State Police
Forensic Investigation Center
DNA Databank Unit
1220 Washington Avenue
Albany, New York 12226
Phone: (518) 457-1208
Fax: (518) 457-2823



New York State
Division of Criminal Justice Services
Office of Forensic Services
Alfred E. Smith Office Building
80 South Swan Street
Albany, New York 12210
Phone: (518) 457-1901
Fax: (518) 457-9384

April 14, 2014

Timothy D. Kupferschmid, MBA, MFS
Director of Forensic Biology
Office of Chief Medical Examiner
421 E. 26th Street
New York, NY   10016

Dear Mr. Kupferschmid:

A search of the State DNA Index System (SDIS) resulted in a match between the City of New York, Office of the Chief Medical Examiner specimen number 14-00752-491-GLOVE-BU and convicted offender specimen number 10360685A.

The purpose of this report is to inform you of a possible investigative lead related to this specimen. The convicted offender information is as follows:

| | |
|---|---|
| Name: | TITUS MCBRIDE |
| Aliases: | MULTIPLE - REFER TO RAP SHEET |
| NYSID#: | 4066745Q |
| Current Location: | UNKNOWN |

A copy of this letter should be provided to the submitting agency for appropriate review in this investigative matter. If legal action is anticipated, based on this information, it is strongly recommended that a new DNA specimen be collected from the named individual. This new DNA specimen should then be submitted to your laboratory for appropriate confirmatory analysis.

If you require certification documents for this match, please e-mail your request to erin.cavanaugh@dcjs.ny.gov, or fax a copy of your request to (518) 457-9384. A minimum of 48 to 72 hours notification is required for certifications to allow the Office of Forensic Services to retrieve the necessary documentation.

Very truly yours,

Brian J. Gestring
Director, Office of Forensic Services



## OFFICE OF CHIEF MEDICAL EXAMINER

Department of Forensic Biology
Charles S. Hirsch Center for Forensic Sciences
421 East 26th Street, New York, New York 10016
Official Website: http://www.nyc.gov/ocme



## Certification of Department of Forensic Biology File as a Business Record

I, Joy Galanda, have been delegated to certify records by Barbara A. Sampson, M.D., Ph.D., Chief Medical Examiner of the New York City Office of Chief Medical Examiner according to Rule 4518 of the New York Civil Practice Law and Rules.

The Office of Chief Medical Examiner (OCME) is a governmental office organized under §557 of the New York City Charter and Sections 17-201 through 17-206 of the New York City Administrative Code.

All documents and records maintained in the OCME Department of Forensic Biology electronic case file were prepared by the OCME in the regular course of business within the Department of Forensic Biology. It is the regular course of business of the OCME Department of Forensic Biology to prepare the documents and records attached to this certification.

I have examined the original electronic documents and records maintained by the Department of Forensic Biology concerning case file number: FBs15-00719 and I attest that the documents and records attached to this certification are a true and accurate copy of the original electronic documents and records maintained by the OCME Department of Forensic Biology.

On this 21st day of August, 2015, I certify these copies as genuine and as business records of the OCME Department of Forensic Biology.

*Joy Galanda*
Signature of Certifier

Effective 12-19-14
This document may not be modified without the express approval of the OCME Legal Department




**OFFICE OF CHIEF MEDICAL EXAMINER**
520 First Avenue, New York, New York 10016

Timothy D. Kupferschmid, Director
DEPARTMENT OF FORENSIC BIOLOGY
Charles S. Hirsch Center for Forensic Sciences
421 East 26th Street, New York, New York 10016
Telephone: 212.323.1200   Email: DNALab@ocme.nyc.gov
Official Website: http://www.nyc.gov/ocme

DATE: August 17, 2015

## LABORATORY REPORT

| | | |
|---|---|---|
| **SUSPECT:** Titus McBride | **NYSID NO:** 04066745Q | **LAB NO:** FBS15-00719 |
| **ARREST NO:** M14635775 | | **REPORT ID:** CRT-0815-0015 |

### ADDITIONAL REPORT

This is an additional report. For previous results, evidence received, and disposition, see Case Report ID CRT-0715-0593.

### RESULTS AND CONCLUSIONS

STR DNA typing using the AmpF/STR® Identifiler® PCR Amplification Kit was previously performed on the DNA sample from Titus McBride. A DNA profile was determined.

This DNA profile was compared to the results in the following case:

| FB Number | Complaint Number | Entity Name | Case Report ID |
|---|---|---|---|
| FB13-02559 | 2013-005-02797 | Tim Sit Family News Stand | CRT-1013-0476 |

Titus McBride is **excluded** as a contributor to all samples where comparisons could be made.

| | |
|---|---|
| Analyst | : Susan Horan |
| | (Criminalist, Level IV) |
| Administrative Review Date | : 08/17/2015 |
| Administrative Reviewer | : Meshana Bourne |

FBS15-00719

Titus McBride

## Conclusions for DNA Typing

**Mixture:** A DNA profile that has more than one donor.

**Major:** Alleles that are present in a higher proportion in a DNA mixture profile.

**Minor:** Alleles that are present in a lower proportion in a DNA mixture profile.

**Match:** The alleles detected in a questioned/evidence sample that are the same as the alleles detected in another sample.

**Is included as a possible contributor:** For the locations where comparisons could be made, all or most of the DNA alleles seen in an individual's DNA profile were also seen in the mixture. The allele(s) that were absent could be explained by any of several factors. Therefore, this person cannot be ruled out as a possible contributor to the mixture.

**Excluded as a contributor to the mixture:** For the locations where comparisons could be made, one or more of the DNA alleles seen in an individual's DNA profile were not seen in the mixture and this absence cannot be explained. Therefore, this person can be ruled out as a contributor.

**No conclusions can be drawn:** The results do not support a positive association or an exclusion. Therefore, it cannot be determined whether a person can be included as a possible contributor to the mixture.

**Not suitable for comparison:** The DNA results on the evidence are either too incomplete or too complex to be the basis for conclusions regarding the source of the DNA.

**Partial Match:** An association between two single-source (clean or fully deconvoluted) profiles, showing similarities but short of an exact match, that suggests that the source of a profile is potentially a relative of the source of the other, partially matching, profile. Partial matches are inadvertent, and may be found at the local, state, or national levels (through comparison at the bench, LINKAGE, or CODIS searches).

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-                                           FELONY

Titus Mcbride (M 50),
                                                    ADA Charles Kee
                                        Defendant.  (212) 335-9189

Deponent is further informed by Louis Vele that this male DNA profile was uploaded to the DNA databank system for comparison to known offenders, and that it matches the Convicted Offender DNA profile of NYSID # 04066745Q.

False statements made in this written instrument are punishable as a class A misdemeanor pursuant to section 210.45 of the Penal Law, and as other crimes.

_____          4/22/14        2/22 hrs
Detective Albert Velez              Date           Time

 **REQUEST FOR LABORATORY EXAMINATION REPORT**
PD 521-166(Rev.01-09)


RFL# 99000145021

| THE BIOLOGICAL MATERIAL ON AN EVIDENCE ITEM OR DNA TYPING OF A REFERENCE SAMPLE | LEFT AT SCENE OF CRIME |
|---|---|

| Exact Location Where Evidence Was Collected/Recovered | Suspected Type Of Biological Evidence | Biological Bag No |
|---|---|---|
| RNDC INTAKE AREA AT 11-11 HAZEN STREET QUEENS NY | SALIVA | |

Field Processed?   ITEM NOT PROCESSED IN THE FIELD

Compare this item no 1 to Inv. No - Item : 1000448491-0001

Was DNA Evidence collected from a residential home/apartment owned/leased by any of the suspects/arrestees? NO
Suspect/Arrestee : N/A

Was DNA Evidence collected from a motor vehicle owned/leased by the suspects/arrestees? NO
Suspect/Arrestee: N/A  Year:  Make:  Model:  Color:

---

**Details**

915280 06/10/2015 16:14 :   AT TPO A DNA SWAB WAS OBTAIN FROM SUBJECT AS PER FORCE ORDER SIGNED BY HON. KONVISER AS PER IND NO. 1811/2014. ORDER WAS ENFORCED AT THE RNDC LOCATED AT RIKERS ISLAND 11-11 HAZEN ST. QUEENS NY

915280 06/10/2015 16:27 :

---

Note : Acceptance of this request by the laboratory does not constitute a contract to provide services. Requests for testing will fulfilled based resources, the need to meet investigative and / or legal requirements and laboratory policy.

| Officer | Rank | Name | Tax No | Command | Date |
|---|---|---|---|---|---|
| Report Prepared by | DT2 | GRANT, DELANO | 915828 | DA SQD NY CNTY | 06/10/2015 |
| Supervisor | SGT | SCHNEIDER, ADAM | 884929 | POLICE LAB | 06/10/2015 |

Printed 06/10/2015 16:27

RFL# 99000145021

FBS15-00719



Titus McBride
R.N.D.C. 11-11 Hazen Street
East Elmhurst, New York 11370

United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Attn: District Court Clerk